# Court of Appeals, State of Michigan

## ORDER

People of MI v Timothy Jordan

Docket No. 317644

LC No. 12-005149-FC

Michael J. Kelly
Presiding Judge

Mark J. Cavanagh

Patrick M. Meter
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued April 2, 2015 is hereby VACATED. A new opinion is attached to this order.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUN 16 2015

Date

Chief Clerk